Exhibit A to the Complaint

**Location:** Cypress, TX  
**Total Works Infringed:** 30

**IP Address:** 73.255.19.19  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EBA39D1B83BE3DBB4AB546D7C603DFA9065AAE1E<br>File Hash:<br>181683AC90AD833B1D70B58FBF074F211F7EF377BB61938D996FCEF63479B05E | 08-13-2023<br>15:53:57 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 2 | Info Hash: 11BFD5BDB3D3A50E36012876763933230E3907D1<br>File Hash:<br>7399409445497320C5DDFAA491AAA11EB134D9F60E6D9986A94173B0D42282DD | 08-13-2023<br>02:37:22 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 3 | Info Hash: 9FACD1086687023432924605C9D474FF25F4A742<br>File Hash:<br>85C773D6A773A9F4BDF88137BECB803E7F9E3D51BC770FEFEF4C6CCBF6BF132E | 08-12-2023<br>11:59:44 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 4 | Info Hash: B60CB74B89ACBDC6B8CEB97141AC10219228A25A<br>File Hash:<br>23B9614BEB5E68468584CC5862E6B8C62F535289D23E55D0F91C3879023EB79F | 05-31-2023<br>12:25:11 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 5 | Info Hash: 19ED31B69898C515CB045E33FE26AB25E3C83E18<br>File Hash:<br>8A71B29C57E2BC83A02546A6BA6283AED07CDC7BF2D3553BAB99A8115E84C32B | 05-20-2023<br>17:06:54 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 6 | Info Hash: CB049E4363F57A80063E4DC4EB541D4F680029D1<br>File Hash:<br>66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 05-15-2023<br>01:10:41 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 7 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash:<br>4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 03-19-2023<br>22:25:36 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 8 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash:<br>DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 03-19-2023<br>20:19:59 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 9 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash:<br>C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 02-04-2023<br>04:21:54 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 10 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash:<br>59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 01-30-2023<br>08:29:01 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 11 | Info Hash: 951316BFFDA9FA845F58D89226446C5A123F6FA7<br>File Hash:<br>BE714DD8AC36D4709A15AB6D27BBB8C4AC9EC993D42FD57760692FCABCA6842A | 01-30-2023<br>05:07:44 | Vixen | 03-25-2018 | 04-17-2018 | PA0002116726 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 019A04192BF8F3666CB22E09377C79B778DD36CF<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 01-29-2023 18:08:57 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 13 | Info Hash: 372C16BE53C1B0D0DA0700D6CF211107D110CC5B<br>File Hash: 874D6C9BEF7F531CA458C79F051DA7F2F3D592FE17FC8E330FC6EF7062477E3A | 12-30-2022 15:04:45 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 14 | Info Hash: 52326B4EA191B7D6830DF1F611939B9E64CC3722<br>File Hash: 2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 12-30-2022 14:52:35 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 15 | Info Hash: E233BC9FC1BA4A03C9AF450702CC5EC291CD1D8A<br>File Hash: 00C6FB7C44F943D7BF80D83A82BAD7F4D3B74103305DA27FDB5E12C0923F5196 | 12-30-2022 08:51:04 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |
| 16 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 12-30-2022 07:40:00 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 17 | Info Hash: 6A796A383C36A2BD617E711D677AA9653167B70F<br>File Hash: E948DD2A8F9CE5347565C66EA9EE66FBC1DBF877EA451294D08F4AE58650DC0A | 12-30-2022 02:46:21 | Blacked | 05-10-2017 | 06-22-2017 | PA0002039285 |
| 18 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 12-30-2022 01:57:23 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 19 | Info Hash: 97E9ADAC1F2F984DFD0E35C697C73A6DA30AE127<br>File Hash: 336C39AA81CECA1E786A6C6A838549526A34BF8FCC7AA0D634CEE7A718B6DA26 | 12-30-2022 01:46:57 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 20 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 12-30-2022 01:19:45 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 21 | Info Hash: A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99<br>File Hash: 6996C3BFB99F30BAA86056A30E1587F0AA0A90A4FB3B23E62FA3EE25B139F8FB | 12-29-2022 20:40:03 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 22 | Info Hash: A6F189AFF3929996CFF5F25DA60AA451873C0FC4<br>File Hash: 5ED45691E4613CA077BCDAD75EFDC123C707B406CF072FFEE8EC062927ABCCFE | 12-29-2022 20:12:35 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 23 | Info Hash: D51FE8F2781351112CB7B0B662E961A1AC118143<br>File Hash: A241056B80CFD97C23EBA3CE9581DD529232BB329B737959F866C37D9AF61286 | 12-29-2022 20:02:46 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6F84D218B0143982E48719197563CB5D1624BEE9<br>File Hash: B765FC2D5014B01254A2940DB66C0A88EA37D75ADA99A2DA976C9970CD8BFB6C | 12-29-2022 19:56:32 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 25 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 12-29-2022 19:18:03 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 26 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 12-29-2022 17:46:26 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 27 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 12-29-2022 16:34:27 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 28 | Info Hash: 07610460EB38626640E9EF0C50A67747C8EBA5B3<br>File Hash: 91ACB224E8B4E55F5418F710D0BF9F358F63FA477BFE2D0254B85A7FFB865DA3 | 12-29-2022 16:31:47 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 29 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 12-29-2022 15:59:56 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 30 | Info Hash: 0146183B348FF79426BF8CB44C83DF7C98526585<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 12-29-2022 13:07:54 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |